

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JATIN JATIN,<br><br>                              Petitioner,<br><br>v.<br><br>JEREMY CASE, Warden,<br>Imperial Regional Detention Center, et al.,<br><br>                              Respondents. | Case No.: 26-cv-785-RSH-BLM<br><br>**ORDER REQUIRING RESPONSE TO PETITION AND SETTING BRIEFING SCHEDULE**<br><br>[ECF No. 2] |

On February 9, 2026, petitioner Jatin Jatin filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"), as well as a motion for a temporary restraining order ("TRO"). ECF Nos. 1, 2. Petitioner argues that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). ECF No. 1 ¶¶ 6, 25, 26.

On February 23, 2026, Respondents filed a return taking the position that Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b) because he was present in the United States without being admitted or paroled, but "acknowledg[ing] that Courts in this District have repeatedly reached the opposite conclusion." ECF No. 4 at 2 (collecting orders from over a dozen district judges in the Southern District of California). Respondents further "acknowledge[] that this District's prior decisions would control the

result here if the Court adheres to its prior decisions[.]" *Id.* at 3.

The Court agrees with Respondents that the cited prior decisions from this District, while not binding precedent, contain rulings that if followed would also control the result here. The Court joins those rulings and determines that Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a).

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Jatin Jatin before an immigration court pursuant to 8 U.S.C. § 1226(a) within ***seven (7) days*** of this order. The Court declines to issue further declaratory or injunctive relief. If Petitioner seeks to recover fees, he must do so by noticed motion in the manner prescribed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and the undersigned's chambers rules.

In light of the foregoing disposition, Petitioner's application for a temporary restraining order [ECF No. 2] is **DENIED** as moot. The hearing set for March 5, 2026 is **VACATED**.

**IT IS SO ORDERED**.

Dated: February 23, 2026

_____
Hon. Robert S. Huie
United States District Judge